UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD MATTHEWS | CIVIL ACTION |
| VERSUS | No. 17-8800 |
| LT. M. LEBLANC ET AL. | SECTION I |

### JURY VERDICT FORM – AUGUST 15, 2016 INCIDENT

*The following interrogatories pertain **only** to the alleged incident between Ronald Matthews and Lieutenant Mark Leblanc, Corporal Audrey Moss, and Corporal Nico Paternostro on August 15, 2016. You have been provided a separate jury verdict form that deals with the alleged incident between Ronald Matthews and Deputy Samuel Readhead, Deputy Casey Webb, Deputy Dereck Hoffman, and Corporal Shannon Coats on August 22, 2016. Please be sure to record your interrogatory responses regarding each incident on the appropriate form.*

**INTERROGATORY NO. 1:** Do you find, by a preponderance of the evidence, that Lieutenant Mark Leblanc, Corporal Audrey Moss, and/or Corporal Nico Paternostro violated the constitutional rights of Ronald Matthews on August 15, 2016 by subjecting him to excessive and unnecessary force and that such force caused injury to Ronald Matthews?

| | | |
|---|---|---|
| **Lieutenant Mark Leblanc** | YES____ | NO ✓ |
| **Corporal Audrey Moss** | YES____ | NO ✓ |
| **Corporal Nico Paternostro** | YES____ | NO ✓ |

(If you answered "YES" as to any of the above defendants, proceed to Interrogatory No. 2. If you answered "NO" as to all of the above defendants, proceed to Interrogatory No. 3.)

**INTERROGATORY NO. 2:**   Do you find that Lieutenant Mark Leblanc, Corporal Audrey Moss, and/or Corporal Nico Paternostro are entitled to qualified immunity?

*(Only answer this interrogatory with respect to each defendant for which you answered "YES" in Interrogatory No. 1. For any other defendant, leave this interrogatory blank.)*

| | | |
|---|---|---|
| Lieutenant Mark Leblanc | YES____ | NO____ |
| Corporal Audrey Moss | YES____ | NO____ |
| Corporal Nico Paternostro | YES____ | NO____ |

*(Proceed to Interrogatory No. 3.)*

**INTERROGATORY NO. 3:**   Do you find, by a preponderance of the evidence, that Lieutenant Mark Leblanc, Corporal Audrey Moss, and/or Corporal Nico Paternostro were negligent in their actions on August 15, 2016 and that such negligence caused injury to Ronald Matthews?

| | | |
|---|---|---|
| Lieutenant Mark Leblanc | YES____ | NO ✓ |
| Corporal Audrey Moss | YES____ | NO ✓ |
| Corporal Nico Paternostro | YES____ | NO ✓ |

*(If you answered "YES" as to any of the above defendants, proceed to Interrogatory No. 4.*

*If you answered "NO" as to all of the above defendants __and__ you answered "YES" as to any defendant in Interrogatory No. 1 __and__ you answered "NO" as to the same defendant(s) in Interrogatory No. 2, proceed to Interrogatory No. 6.*

*Otherwise, proceed no further.  Have the jury foreperson sign and date this form and hand it to the court security officer.)*

2

**INTERROGATORY NO. 4:** Do you find, by a preponderance of the evidence, that Ronald Matthews was negligent in his actions on August 15, 2016 and that such negligence caused injury to him?

YES_____ NO_____

(*Proceed to Interrogatory No. 5.*)

**INTERROGATORY NO. 5:** Please state the percentage of negligence, if any, that you find, by a preponderance of the evidence, is attributable to Lieutenant Mark Leblanc, Corporal Audrey Moss, and/or Corporal Nico Paternostro, if you have found any of them to be negligent, and to Ronald Matthews, if you have found him to be contributorily negligent:

(*Only state percentages of fault with respect to those defendants for which you answered "YES" to Interrogatory No. 3. Only state a percentage of fault for Ronald Matthews if you answered "YES" to Interrogatory No. 4. The percentages you allocate must total 100 percent.*)

| | |
|---|---|
| **Lieutenant Mark Leblanc** | _____% |
| **Corporal Audrey Moss** | _____% |
| **Corporal Nico Paternostro** | _____% |
| **Ronald Matthews** | _____% |

(*Proceed to Interrogatory No. 6.*)

**INTERROGATORY NO. 6:** Do you find, by a preponderance of the evidence, that Ronald Matthews is entitled to compensatory damages? If so, what amount of money will reasonably and fairly compensate Ronald Matthews for the injuries he suffered?

YES____   NO____

*(Do not make any adjustments for Ronald Matthews' contributory negligence, if any. The Court will make any calculations that are necessary.)*

**COMPENSATORY DAMAGES AMOUNT:**   $_____

*(If you answered "YES" as to any defendant in Interrogatory No. 1 **and** you answered "NO" as to the same defendant(s) in Interrogatory No. 2 **and** you answered "NO" to Interrogatory No. 6 and did not award compensatory damages, proceed to Interrogatory No. 7.*

*If you answered "YES" as to any defendant in Interrogatory No. 1 **and** you answered "NO" as to the same defendant(s) in Interrogatory No. 2 **and** you answered "YES" to Interrogatory No. 6 and awarded compensatory damages, proceed to Interrogatory No. 8.*

*Otherwise, proceed no further. Have the jury foreperson sign and date this form and hand it to the court security officer.)*

**INTERROGATORY NO. 7:** Do you find, by a preponderance of the evidence, that Ronald Matthews is entitled to nominal damages? If so, in what amount?

YES____   NO____

**NOMINAL DAMAGES AMOUNT:**   $_____

*(Proceed to Interrogatory No. 8.)*

4

**INTERROGATORY NO. 8:** Do you find, by a preponderance of the evidence, that Ronald Matthews is entitled to punitive damages from Lieutenant Mark Leblanc, Corporal Audrey Moss, and/or Corporal Nico Paternostro?

*(Only answer this interrogatory with respect to each defendant for which you answered "YES" as to Interrogatory No. 1 **and** "NO" as to Interrogatory No. 2. For any other defendant, leave this interrogatory blank.)*

| | | |
|---|---|---|
| **Lieutenant Mark Leblanc** | YES____ | NO____ |
| **Corporal Audrey Moss** | YES____ | NO____ |
| **Corporal Nico Paternostro** | YES____ | NO____ |

*(If you answered "YES" as to any of the above defendants, proceed to Interrogatory No. 9. Otherwise, proceed no further. Have the jury foreperson sign and date this form and hand it to the court security officer.)*

**INTERROGATORY NO. 9:** What amount of punitive damages do you find, by a preponderance of the evidence, Ronald Matthews is entitled to recover from Lieutenant Mark Leblanc, Corporal Audrey Moss, and/or Corporal Nico Paternostro?

*(Only answer this interrogatory with respect to each defendant for which you answered "YES" as to Interrogatory No. 8. For any other defendant, leave this interrogatory blank.)*

| | |
|---|---|
| **Lieutenant Mark Leblanc** | $_____ |
| **Corporal Audrey Moss** | $_____ |
| **Corporal Nico Paternostro** | $_____ |

*(Have the jury foreperson sign and date this form and hand it to the court security officer.)*

New Orleans, Louisiana, June _5_, 2018.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD MATTHEWS     CIVIL ACTION

VERSUS     No. 17-8800

LT. M. LEBLANC ET AL.     SECTION I

### JURY VERDICT FORM – AUGUST 22, 2016 INCIDENT

The following interrogatories pertain *only* to the alleged incident between Ronald Matthews and Deputy Samuel Readhead, Deputy Casey Webb, Deputy Dereck Hoffman, and Corporal Shannon Coats on August 22, 2016. You have been provided a separate jury verdict form that deals with the alleged incident between Ronald Matthews and Lieutenant Mark Leblanc, Corporal Audrey Moss, and Corporal Nico Paternostro on August 15, 2016. Please be sure to record your interrogatory responses regarding each incident on the appropriate form.

**INTERROGATORY NO. 1:** Do you find, by a preponderance of the evidence, that Deputy Samuel Readhead, Deputy Casey Webb, Deputy Dereck Hoffman, and/or Corporal Shannon Coats violated the constitutional rights of Ronald Matthews on August 22, 2016 by subjecting him to excessive and unnecessary force and that such force caused injury to Ronald Matthews?

| | | |
|---|---|---|
| **Deputy Samuel Readhead** | YES____ | NO__✓__ |
| **Deputy Casey Webb** | YES____ | NO__✓__ |
| **Deputy Dereck Hoffman** | YES____ | NO__✓__ |
| **Corporal Shannon Coats** | YES____ | NO__✓__ |

(If you answered "YES" as to any of the above defendants, proceed to Interrogatory No. 2. If you answered "NO" as to all of the above defendants, proceed to Interrogatory No. 3.)

**INTERROGATORY NO. 2:** Do you find that Deputy Samuel Readhead, Deputy Casey Webb, Deputy Dereck Hoffman, and/or Corporal Shannon Coats are entitled to qualified immunity?

*(Only answer this interrogatory with respect to each defendant for which you answered "YES" in Interrogatory No. 1. For any other defendant, leave this interrogatory blank.)*

| | | |
|---|---|---|
| **Deputy Samuel Readhead** | YES____ | NO____ |
| **Deputy Casey Webb** | YES____ | NO____ |
| **Deputy Dereck Hoffman** | YES____ | NO____ |
| **Corporal Shannon Coats** | YES____ | NO____ |

*(Proceed to Interrogatory No. 3.)*

**INTERROGATORY NO. 3:** Do you find, by a preponderance of the evidence, that Deputy Samuel Readhead, Deputy Casey Webb, Deputy Dereck Hoffman, and/or Corporal Shannon Coats were negligent in their actions on August 22, 2016 and that such negligence caused injury to Ronald Matthews?

| | | |
|---|---|---|
| **Deputy Samuel Readhead** | YES____ | NO ✓ |
| **Deputy Casey Webb** | YES____ | NO ✓ |
| **Deputy Dereck Hoffman** | YES____ | NO ✓ |
| **Corporal Shannon Coats** | YES____ | NO ✓ |

*(If you answered "YES" as to any of the above defendants, proceed to Interrogatory No. 4.*

*If you answered "NO" as to all of the above defendants __and__ you answered "YES" as to any defendant in Interrogatory No. 1 __and__ you answered "NO" as to the same defendant(s) in Interrogatory No. 2, proceed to Interrogatory No. 6.*

*Otherwise, proceed no further. Have the jury foreperson sign and date this form and hand it to the court security officer.)*

2

**INTERROGATORY NO. 4:** Do you find, by a preponderance of the evidence, that Ronald Matthews was negligent in his actions on August 22, 2016 and that such negligence caused injury to him?

YES_____ NO_____

*(Proceed to Interrogatory No. 5.)*

**INTERROGATORY NO. 5:** Please state the percentage of negligence, if any, that you find, by a preponderance of the evidence, is attributable to Deputy Samuel Readhead, Deputy Casey Webb, Deputy Dereck Hoffman, and/or Corporal Shannon Coats, if you have found any of them to be negligent, and to Ronald Matthews, if you have found him to be contributorily negligent:

*(Only state percentages of fault with respect to those defendants for which you answered "YES" to Interrogatory No. 3. Only state a percentage of fault for Ronald Matthews if you answered "YES" to Interrogatory No. 4. The percentages you allocate must total 100 percent.)*

| | |
|---|---|
| **Deputy Samuel Readhead** | _____% |
| **Deputy Casey Webb** | _____% |
| **Deputy Dereck Hoffman** | _____% |
| **Corporal Shannon Coats** | _____% |
| **Ronald Matthews** | _____% |

*(Proceed to Interrogatory No. 6.)*

3

**INTERROGATORY NO. 6:** Do you find, by a preponderance of the evidence, that Ronald Matthews is entitled to compensatory damages? If so, what amount of money will reasonably and fairly compensate Ronald Matthews for the injuries he suffered?

YES_____ NO_____

*(Do not make any adjustments for Ronald Matthews' contributory negligence, if any. The Court will make any calculations that are necessary.)*

**COMPENSATORY DAMAGES AMOUNT:** $_____

*(If you answered "YES" as to any defendant in Interrogatory No. 1 **and** you answered "NO" as to the same defendant(s) in Interrogatory No. 2 **and** you answered "NO" to Interrogatory No. 6 and did not award compensatory damages, proceed to Interrogatory No. 7.*

*If you answered "YES" as to any defendant in Interrogatory No. 1 **and** you answered "NO" as to the same defendant(s) in Interrogatory No. 2 **and** you answered "YES" to Interrogatory No. 6 and awarded compensatory damages, proceed to Interrogatory No. 8.*

*Otherwise, proceed no further. Have the jury foreperson sign and date this form and hand it to the court security officer.)*

**INTERROGATORY NO. 7:** Do you find, by a preponderance of the evidence, that Ronald Matthews is entitled to nominal damages? If so, in what amount?

YES_____ NO_____

**NOMINAL DAMAGES AMOUNT:** $_____

*(Proceed to Interrogatory No. 8.)*

4

**INTERROGATORY NO. 8:** Do you find, by a preponderance of the evidence, that Ronald Matthews is entitled to punitive damages from Deputy Samuel Readhead, Deputy Casey Webb, Deputy Dereck Hoffman, and/or Corporal Shannon Coats?

*(Only answer this interrogatory with respect to each defendant for which you answered "YES" as to Interrogatory No. 1 **and** "NO" as to Interrogatory No. 2. For any other defendant, leave this interrogatory blank.)*

| | | |
|---|---|---|
| **Deputy Samuel Readhead** | YES____ | NO____ |
| **Deputy Casey Webb** | YES____ | NO____ |
| **Deputy Dereck Hoffman** | YES____ | NO____ |
| **Corporal Shannon Coats** | YES____ | NO____ |

*(If you answered "YES" as to any of the above defendants, proceed to Interrogatory No. 9. Otherwise, proceed no further. Have the jury foreperson sign and date this form and hand it to the court security officer.)*

**INTERROGATORY NO. 9:** What amount of punitive damages do you find, by a preponderance of the evidence, Ronald Matthews is entitled to recover from Deputy Samuel Readhead, Deputy Casey Webb, Deputy Dereck Hoffman, and/or Corporal Shannon Coats?

*(Only answer this interrogatory with respect to each defendant for which you answered "YES" as to Interrogatory No. 8. For any other defendant, leave this interrogatory blank.)*

| | |
|---|---|
| **Deputy Samuel Readhead** | $_____ |
| **Deputy Casey Webb** | $_____ |
| **Deputy Dereck Hoffman** | $_____ |
| **Corporal Shannon Coats** | $_____ |

5

(*Have the jury foreperson sign and date this form and hand it to the court security officer.*)

New Orleans, Louisiana, June 5, 2018.

6